

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAY SEAN GEORGE,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>DOMINGO URIBE, JR., Warden,<br><br>　　　　Respondent. | Case No. EDCV 11-1619-DOC (JPR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF U.S. MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, records on file, and Report and Recommendation of the U.S. Magistrate Judge. No objections to the Report and Recommendation have been filed. The Court accepts the findings and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that the Petition is denied without leave to amend and Judgment be entered dismissing this action with prejudice.

DATED: March 29, 2012

　　　　　　　　　　　　　　　　_David O. Carter_
　　　　　　　　　　　　　　　　DAVID O. CARTER
　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE