I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY
FIRST CLASS MAIL POSTAGE PREPAID, TO ALL COUNSEL ~~telephone~~
~~(OR PARTIES)~~ AT THEIR RESPECTIVE MOST RECENT ADDRESS OF
RECORD IN THIS ACTION ON THIS DATE.

DATED: _____3·30·12_____

DEPUTY CLERK

JS-6 / **ENTERED**

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

**MAR 3 0 2012**

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

RAY SEAN GEORGE,                          ) Case No. EDCV 11-1619-DOC (JPR)
                                          )
            Petitioner,                   )
                                          )     **J U D G M E N T**
       vs.                                )
                                          )
DOMINGO URIBE, JR., Warden,               )
                                          )
            Respondent.                   )
                                          )
                                          )
_____

      Pursuant to the Order Accepting Findings and Recommendations
of U.S. Magistrate Judge,

      IT IS HEREBY ADJUDGED that this action is dismissed with
prejudice.

DATED: <u>March 29, 2012</u>

_David O. Carter_____
DAVID O. CARTER
UNITED STATES DISTRICT JUDGE

DOCKETED ON CM

**MAR** 3 0 2012

BY _____ 178

2